NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    17-30101 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00019-BLW |
| v. | |
| LOREN MICHELLE TOELLE, a.k.a. Loren Bell, a.k.a. Christmas, a.k.a. Loren Giles, a.k.a. Momma, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief Judge, Presiding

Submitted May 15, 2018**

Before:     SILVERMAN, BEA, and WATFORD, Circuit Judges.

Loren Michelle Toelle appeals from the district court's judgment and

challenges her guilty-plea convictions and concurrent 212-month sentences for

conspiracy to distribute controlled substances, in violation of 21 U.S.C.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§§ 841(a)(1), 846, and conspiracy to launder money, in violation of 18 U.S.C. § 1956(h).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Toelle's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Toelle the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Toelle waived her right to appeal her conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**